UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

     Plaintiff,

 v.

LUIS FERNANDO ORTIZ-ALVARADO,

     Defendant.

Case No. 21-609 MLP

DETENTION ORDER

<u>Offenses charged</u>:

 Mr. Ortiz-Alvarado is charged with conspiracy to distribute controlled substances, 18 U.S.C. § 841(a)(1) and (b)(1)(A)(viii). The Court held a detention hearing on November 18, 2021, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated on the record and as hereafter set forth, finds:

 <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

 1. There is a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

 2. Mr. Ortiz-Alvarado stipulated to detention.

 3. Mr. Ortiz-Alvarado poses a risk of nonappearance based on his ties to a foreign country. In addition, because he was not interviewed by Pretrial Services, his

DETENTION ORDER - 1

personal history and ties to this district are not known. Mr. Ortiz-Alvarez poses a risk of danger due to the nature of the instant offense. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Ortiz-Alvarado's appearance at future court hearings while addressing the danger to other persons or the community.

4. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of Mr. Ortiz-Alvarado as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Ortiz-Alvarado shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Ortiz-Alvarado shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Ortiz-Alvarado is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to

\\
\\

counsel for Mr. Ortiz-Alvarado, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 19th day of November, 2021.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3